Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Supercell Oy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SUPERCELL OY,<br><br>*Plaintiff*<br><br>v.<br><br>BAIYUN HOME DIY, BCFGERYTT, BENXING XIE, CELGLISB77, CUBINIZER STORE, DE HUA, FANTAO, FUSEERICH, GUANGZHOU HONGKANG TECHNOLOGY, HAO YUN STORE, JAY SMITH KING STORE, KAIXINMAOYI, LIJIKEJI, LINGLING, LIUAZHAO, SWADLE MARKETPLACE, TOM'S TOY STORE, TREASURE HUT, WELCOME SHOP, WENJIESHOP, XIAOYIDIANSHANG, YIHAO LU, ZHIHUA MA and ZHONGQING ZHAO,<br><br>*Defendants* | **25-cv-9304 (ER)**<br><br><br>**~~[PROPOSED]~~**<br>**UNSEALING ORDER** |

2

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 3rd day of December, 2025.

New York, New York

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE