Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff
Supercell Oy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERCELL OY,<br><br>*Plaintiff*<br><br>v.<br><br>BAIYUN HOME DIY, BCFGERYTT, BENXING XIE, CELGLISB77, CUBINIZER STORE, DE HUA, FANTAO, FUSEERICH, GUANGZHOU HONGKANG TECHNOLOGY, HAO YUN STORE, JAY SMITH KING STORE, KAIXINMAOYI, LIJIKEJI, LINGLING, LIUAZHAO, SWADLE MARKETPLACE, TOM'S TOY STORE, TREASURE HUT, WELCOME SHOP, WENJIESHOP, XIAOYIDIANSHANG, YIHAO LU, ZHIHUA MA and ZHONGQING ZHAO,<br><br>*Defendants* | **CIVIL ACTION NO.**<br>**25-cv-9304 (ER)** |

## CERTIFICATE OF SERVICE

I, Gabriela N. Nastasi, hereby certify as follows:

1. I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2. I am an associate attorney with the law firm Epstein Drangel LLP, a limited liability partnership located at 6 East 45th Street, 7th Floor New York, New York 10017. I am duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York.

3. I am an attorney for Supercell Oy ("Plaintiff") in the above-captioned case.

4. On November 7, 2025, Plaintiff filed this action and moved *ex parte* against the above-captioned Defendants for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated alternative service; and 5) an order authorizing expedited discovery.

5. On the same day, November 7, 2025, the Court entered an Order granting Plaintiffs' Application ("TRO") which ordered Defendants to appear on November 19, 2025 at 2:00 p.m. to show cause why a preliminary injunction should not issue ("Show Cause Hearing").

6. On November 11, 2025, Plaintiff wrote a letter to the Court requesting modification and extension of the TRO, including the date of the Show Cause Hearing.

7. On November 13, 2025, the Court entered an amended TRO granting Plaintiff's request, adjourning the Show Cause Hearing to December 3, 2025 at 2:00 p.m. and extending the TRO ("Amended TRO").

8. On November 26, 2024, pursuant to the alternative methods of service authorized by the TRO, Plaintiff served the Summons, Complaint, TRO, all papers filed in support of the Application and the Amended TRO on each and every Defendant.

I declare under the penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: January 21, 2026    By:    /s/ Gabriela N. Nastasi
       New York, New York          Gabriela N. Nastasi
                                   gnastasi@ipcounselors.com
                                   EPSTEIN DRANGEL LLP
                                   6 East 45th Street, 7th Floor
                                   New York, NY 10017
                                   Telephone: (212) 292-5390
                                   Facsimile: (212) 292-5391
                                   *Attorneys for Plaintiff*
                                   *Supercell Oy*

2