Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Supercell Oy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERCELL OY,<br><br>*Plaintiff*<br><br>v.<br><br>BAIYUN HOME DIY, BCFGERYTT, BENXING XIE, CELGLISB77, CUBINIZER STORE, DE HUA, FANTAO, FUSEERICH, GUANGZHOU HONGKANG TECHNOLOGY, HAO YUN STORE, JAY SMITH KING STORE, KAIXINMAOYI, LIJIKEJI, LINGLING, LIUAZHAO, SWADLE MARKETPLACE, TOM'S TOY STORE, TREASURE HUT, WELCOME SHOP, WENJIESHOP, XIAOYIDIANSHANG, YIHAO LU, ZHIHUA MA and ZHONGQING ZHAO,<br><br>*Defendants* | **CIVIL ACTION No.**<br>**25-cv-9304 (ER)** |

## CERTIFICATE OF SERVICE

I, Gabriela N. Nastasi, hereby certify as follows:

1. I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2. I am an associate attorney with the law firm Epstein Drangel LLP, a limited liability partnership located at 6 East 45th Street, 7th Floor, New York, NY 10017.

3. I am duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York.

4. I am an attorney for Supercell Oy ("Plaintiff") in the above-captioned case.

5. On December 3, 2025, the Court held a show cause hearing on why a preliminary injunction should not issue, and on the same day, December 3, 2025, the Court entered a preliminary injunction order against all Defendants, mirroring the terms of the TRO and extending through the pendency of the Action ("PI Order"). (Dkt. 16).

6. On January 21, 2026, pursuant to the methods of alternative service authorized by the TRO and PI Order, Plaintiff served a copy of the PI Order on each and every Defendant.

I declare under the penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: January 21, 2026    By:    /s/ Gabriela N. Nastasi_____
    New York, New York             Gabriela N. Nastasi
                                                      gnastasi@ipcounselors.com
                                                      EPSTEIN DRANGEL LLP
                                                      6 East 45th Street, 7th Floor

New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Supercell Oy*