UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERCELL OY,<br>Plaintiff,<br>– against –<br>BAIYUN HOME DIY, BEFGERYTT, BENXING XIE, CELGLISB77, CUBINIZER STORE, DE HUA, FANTAO, FUSEERICH, GUANGZHOU HONGKONG TECHNOLOGY, HAO YUN STORE, JAY SMITH KING STORE, LIJIKEJI, LINGLING, LIUAZHAO, TOM'S TOY STORE, TREASURE HUT, WELCOME SHOP, WENJIESHOP, XIAOYIDIANSHANG, YIHAO LU, ZHIHUA MA, ZHONGQING ZHAO,<br>Defendants. | **ORDER**<br>25 Civ. 9304 (ER) |

Ramos, D.J.:

On December 3, 2025, Supercell Oy filed a Complaint against baiyun Home DIY, bcfgerytt, BenXing Xie, CELGLISB77, Cubinizer Store, de hua, Fantao, Fuseerich, Guangzhou Hongkong Technology, hao yun store, Jay Smith King Store, kaixinmaoyi, lijikeji, LINGling, LIUAZHAO, SWADLE Marketplace, Tom's Toy Store, Treasure Hut, Welcome Shop, wenjieshop, xiaoyidianshang, YiHao Lu, ZhiHua Ma, and ZhongQing Zhao, alleging trademark infringement. Doc. 6. All defendants were served on November 26, 2025, and answers were due on December 17, 2025. Doc. 18. On January 21, 2026, Plaintiff voluntarily dismissed SWADLE Marketplace from the action. Doc. 20. On June 2, 2026, Plaintiff voluntarily dismissed kaixinmaoyi from the action. Doc. 22. As of the date of this Order, the remaining defendants, baiyun Home DIY, bcfgerytt, BenXing Xie, CELGLISB77, Cubinizer Store, de hua, Fantao, Fuseerich, Guangzhou Hongkong Technology, hao yun store, Jay Smith King Store, lijikeji,

LINGling, LIUAZHAO, Tom's Toy Store, Treasure Hut, Welcome Shop, wenjieshop, xiaoyidianshang, YiHao Lu, ZhiHua Ma, and ZhongQing Zhao, have neither appeared nor responded to the Complaint.

Plaintiff is therefore instructed to submit a status report by no later than October 29, 2026. Failure to do so will result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: October 22, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.